| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Michael Brandon Wood** | Social Security number or ITIN | xxx–xx–7988 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Ashleigh Nicole Wood** | Social Security number or ITIN | xxx–xx–5211 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | Date case filed for chapter 7 | 5/22/19 |
| Case number: | **19–50734–SCS** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael Brandon Wood | Ashleigh Nicole Wood |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 106 Weston Road<br>Yorktown, VA 23692 | 106 Weston Road<br>Yorktown, VA 23692 |
| 4. | **Debtor's attorney**<br>Name and address | Kevin W. Weldon<br>Kevin W. Weldon Attorney at Law<br>732 Thimble Shoals Blvd. Ste 301B<br>Newport News, VA 23606 | Contact phone 757–214–1371<br>Email: kweldonlaw@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | David R. Ruby<br>Thompson McMullan, P.C.<br>100 Shockoe Slip, Third Floor<br>Richmond, VA 23219 | Contact phone (804) 698–6220<br>Email: druby@t–mlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

| | | |
|---|---|---|
| 6. **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | **Location of the Bankruptcy Clerk's Office:**<br>2400 West Avenue, Suite 110<br>Newport News, VA 23607<br><br>**Mailing Address for Newport News Clerk's Office:**<br>600 Granby Street, Room 400<br>Norfolk, VA 23510<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 757–222–7500 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: May 23, 2019 |
| 7. **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 24, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the U. S. Trustee, Peninsula Business Center II, 11751 Rock Landing Drive, Suite H1, Newport News, VA 23606** |
| 8. **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:  August 23, 2019** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

Case 19-50734-SCS   Doc 6   Filed 05/25/19   Entered 05/26/19 00:29:23   Desc Imaged
                          Certificate of Notice   Page 3 of 5
Debtor  **Michael Brandon Wood**  and  **Ashleigh Nicole Wood**                                    Case number **19–50734–SCS**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Manner of Payment of Fees** | **Newport News:** non–debtor's check, money order, cashier's check or any authorized non–debtor's credit card; cash is NOT accepted at Newport News location.<br>**Norfolk:** same as above; however, effective December 16, 2013, cash is accepted – ONLY in the exact amount due for payment of fees and services. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 19-50734-SCS
Michael Brandon Wood                                                    Chapter 7
Ashleigh Nicole Wood
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-6        User: jonesmoz        Page 1 of 2        Date Rcvd: May 23, 2019
                            Form ID: 309A         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
```
db/jdb        +Michael Brandon Wood,    Ashleigh Nicole Wood,    106 Weston Road,    Yorktown, VA 23692-3602
14870041      +1991 Ashe Partnership,    100 Picadily Loop,    Yorktown, VA 23692-2642
14870046       Clover Leaf Assoc,    3951-A Stillman Pkwy,    Glen Allen VA 23060
14870049      +Credit Control Corp,    PO Box 120568,    Newport News, VA 23612-0568
14870051      +FedLoan Servicing,    Attn: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
14870056      +MD Express Urgent Care,    4740 George Washington,    Yorktown Va 23692-2512
14870058      +North Amer Partners in Anesthesia,    500 J Clyde Morris Boulevard,,
                Newport News VA 23601-1929
14870059      +Patient First,    5000 Cox Road,    Glen Allen, VA 23060-9271
14870060      +Pennisula Radiology Assoc,    PO Box 12087,    Newport News VA 23612-2087
14870063      +Revenue Recovery Corp,    612 S Gay St,,    Knoxville, TN 37902-1632
14870064      +Riverside,    PO Box 826612,    Phildelphia PA 19182-6612
14870435      +U.S. Attorney's Office,    Suite 8000,    101 West Main Street,    Norfolk VA 23510-1651
14870069      +Virginia Aneshesia,    760 McGuire Pl Ste B,    Newport News VA 23601-1630
14870070      +Wakefield & Associates,    Attn: bankruptcy,    7005 Middlebrook  Pike,
                Knoxville, TN 37909-1156
14870071      +Wakefield and Assoc,    P.O. Box 50250,    Knoxville, TN 37950-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: kweldonlaw@gmail.com May 24 2019 03:47:20     Kevin W. Weldon,
                Kevin W. Weldon Attorney at Law,    732 Thimble Shoals Blvd. Ste 301B,
                Newport News, VA   23606
tr            +E-mail/Text: druby@iq7technology.com May 24 2019 03:49:25     David R. Ruby,
                Thompson McMullan, P.C.,    100 Shockoe Slip, Third Floor,    Richmond, VA 23219-4140
14870042      +E-mail/Text: bankruptcy@cffinance.com May 24 2019 03:47:32     C&f Finance Company,
                Attn: Bankruptcy Department,    1313 E. Main St., Ste 400,    Richmond, VA 23219-3756
14870045      +E-mail/Text: Toni.Barnes@CHKD.ORG May 24 2019 03:49:28     CHKD,    601 Children's Lane,
                Norfolk VA 23507-1971
14870043      +EDI: CAPITALONE.COM May 24 2019 07:28:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                Salt Lake City, UT 84130-0285
14870044      +EDI: CHASE.COM May 24 2019 07:28:00      Chase Card Services,    PO Box 15298,
                Wilmington DE 19850-5298
14870047      +EDI: WFNNB.COM May 24 2019 07:28:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                PO Box 182125,    Columbus, OH 43218-2125
14870048       EDI: WFNNB.COM May 24 2019 07:28:00      Comenitybank/New York,    Attn: Bankruptcy,
                PO Box 18215,    Columbus, OH 43218
14870050      +EDI: RCSFNBMARIN.COM May 24 2019 07:28:00      Credit One Bank,    ATTN: Bankruptcy Department,
                PO Box 98873,    Las Vegas, NV 89193-8873
14870052      +E-mail/Text: rcrawford@great-atlantic.com May 24 2019 03:48:55     Great Atlantic Management,
                293 Independence Boulevard,    Bldg 5, Ste 400,    Virginia Beach VA 23462-5461
14870053      +EDI: IIC9.COM May 24 2019 07:28:00      I C System Inc,    Attn: Bankruptcy,    P.O. Box 64378,
                St. Paul, MN 55164-0378
14870055      +EDI: RESURGENT.COM May 24 2019 07:28:00      LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,
                PO Box 10497,    Greenville, SC 29603-0497
14870054      +E-mail/Text: pslater@langleyfcu.org May 24 2019 03:48:54     Langley Federal Credit Union,
                Attn: Bankruptcy,    721 Lakefront Commons,    Newport News, VA 23606-3324
14870057      +EDI: MID8.COM May 24 2019 07:28:00      Midland Funding,    2365 Northside Dr Ste 300,
                San Diego, CA 92108-2709
14870061       EDI: PRA.COM May 24 2019 07:28:00      Portfolio Recovery,    Attn: Bankruptcy,
                120 Corporate Blvd,    Norfold, VA 23502
14870062       E-mail/Text: colleen.atkinson@rmscollect.com May 24 2019 03:49:29     Receivable Management Inc,
                7206 Hull Rd,    Ste 211,    Richmond, VA 23235
14870065       EDI: NEXTEL.COM May 24 2019 07:28:00      Sprint,    6391 Sprint Parkway,
                Overland Park KS 66251-4300
14870066      +EDI: RMSC.COM May 24 2019 07:28:00      Syncb Bank/American Eagle,    Attn: Bankruptcy,
                PO Box 965060,    Orlando, FL 32896-5060
14870067      +EDI: RMSC.COM May 24 2019 07:28:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                PO Box 956060,    Orlando, FL 32896-0001
14870068      +EDI: VERIZONCOMB.COM May 24 2019 07:28:00      Verizon Wireless,
                Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                Weldon Spring, MO 63304-2225
                                                                                                TOTAL: 20
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0422-6          User: jonesmoz              Page 2 of 2                    Date Rcvd: May 23, 2019
                              Form ID: 309A               Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
              David R. Ruby     druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@iq7technology.com
              John P. Fitzgerald, III    ustpregion04.no.ecf@usdoj.gov
              Kevin W. Weldon     on behalf of Joint Debtor Ashleigh Nicole Wood kweldonlaw@gmail.com,
               kevinweldon@weldonlaw.org
              Kevin W. Weldon     on behalf of Debtor Michael Brandon Wood kweldonlaw@gmail.com,
               kevinweldon@weldonlaw.org
                                                                                          TOTAL: 4
```